# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT 25 P 2: 17

CLERK _Sub Caithy_

TERRY LAMAR BAKER,           )
                             )
        Plaintiff,           )
                             )
    v.                       )        CV 307-051
                             )
A. WASHINGTON, Warden, Johnson State )
Prison, and GEORGIA DEPARTMENT OF )
CORRECTIONS,                 )
                             )
        Defendants.          )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc. no. 12).

Plaintiff objects to the Magistrate Judge's recommendation for dismissal because he

maintains that he is in "clear and present danger." (Id. at 1). As such, Plaintiff submits that

he should be allowed to proceed with the above-captioned action without exhausting his

administrative remedies. (Id.). Nonetheless, Plaintiff states that he "intends to comply with

[the] [C]ourt" and requests that the Court "preserve his case number" for 120 days while he

exhausts his administrative remedies. (Id.).

Plaintiff's objection is without merit. The Court has no discretion to waive the

exhaustion requirement. Bryant v. Rich, Nos. 06-11116 & 06-12290, 2007 WL 1558718,

at *2 (11th Cir. May 31, 2007) (*per curiam*) (citing Alexander v. Hawk, 159 F.3d 1321,

1325-26 (11th Cir. 1998)). Although Plaintiff argues that he should be allowed to proceed

with the above-captioned without exhausting his administrative remedies,[1] the Magistrate Judge correctly noted that "the purported urgent nature of the issues in this case cannot serve to obviate the exhaustion requirement." (Doc. no. 10, p. 5).

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to exhaust administrative remedies, and this civil action is **CLOSED**.[2]

SO ORDERED this 25th day of _October_, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff's request that the Court "preserve his case number" for 120 days while he exhausts his administrative remedies is **DENIED**.